```
               IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF OHIO
                          EASTERN DIVISION
```

United States of America

    v.                                    2:17-cr-54-6

Milahn M. Wright

### ORDER

The court hereby accepts the Rule 11(c)(1)(A) charge agreement entered into by the parties in this case because the court is satisfied that the agreement adequately reflects the seriousness of the actual offense behavior and that accepting the plea agreement will not undermine the statutory purposes of sentencing.

Date: March 29, 2019                    s\James L. Graham
                                                James L. Graham
                                                United States District Judge